IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CJ_ D.C.

05 JUL 29 PM 3:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LAWRENCE E. GILPIN,

    Plaintiff,

vs

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO: 05-2288-Ma V

### ORDER GRANTING ADDITIONAL TIME TO FILE BRIEF

COMES NOW the Plaintiff, who has requested the Court for a Continuance By Motion which this Court has accepted.

WHEREFORE, PREMISES CONSIDERED

1. The Court finds that a continuance be granted.

2. The Court finds that Plaintiff's brief shall be filed on or before August 28, 2005.

_____
JUDGE

_____July 29, 2005_____
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-1-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02288 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT