IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LAWRENCE E. GILPIN,

    Plaintiff,

VS.                                            NO. 05-2288-MaV

JO ANN B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER ALLOWING EXCESS PAGES

---

Before the court is plaintiff's August 25, 2005, motion requesting permission to file a brief in support of motion for summary judgment and/or remand and motion to allow new evidence which is in excess of the Rule 7.2(e) page limitation. For good cause shown, the motion is granted and plaintiff may file the brief.

So ORDERED this 26th day of August, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02288 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT