UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LAWRENCE GILPIN,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

Civil Action No. 05-2288 Ma V

## ORDER

On motion of counsel for Defendant it is hereby

**ORDERED** that the supplemental administrative record be entered and affixed to defendant's answer filed on June 28, 2005.

ENTERED this **1st** day of **September**, **2005**.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02288 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT