IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ℞ D.C.

05 SEP 30 PM 2: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

LAWRENCE GILPIN,

    Plaintiff,

VS.                              NO. 05-2288-MaV

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME
TO FILE BRIEF

---

Before the court is defendant's September 23, 2005, unopposed motion, requesting an extension of the deadline for filing a brief in support of the Commissioner's decision. For good cause shown, the motion is granted. The deadline for filing the brief is extended to October 11, 2005.

It is so ORDERED this 30th day of September, 2005..

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____, 10-3-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02288 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT