UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 21  AM 2: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

LAWRENCE GILPIN,

    Plaintiff,

v.                                                    Cv. No. 05-2288-Ma

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, in accordance with the Order docketed October 14, 2005, this action is remanded to the Commissioner.

APPROVED: /s/
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 20, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

/s/ Earline Grayer
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02288 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT